UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| RENEE TINELLE WILLIAMS,<br><br>    Plaintiff,<br><br>        v.<br><br>KILOLO KIJAKAZ,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 5:23-cv-00338-MAR<br><br>**JUDGMENT OF REMAND** |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation of Remand") lodged concurrent with the lodging of the within Judgment of Remand.

/ / /

/ / /

/ / /

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation of Remand.

DATED: June 29, 2023

_____
HON. MARGO A. ROCCONI
UNITED STATES MAGISTRATE JUDGE