UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA –EASTERN DIVISION

| | | |
|---|---|---|
| RENEE T. WILLIAMS,<br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI, Acting<br>Commissioner of Social Security,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No: 5:23-cv-00338-MAR<br><br>[PROPOSED] ORDER AWARDING<br>EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA attorney fees are awarded in the amount of FOUR THOUSAND FOUR HUNDRED FORTY DOLLARS AND 00/100 ($4,440.00) and zero costs ($0.00), subject to the terms of the stipulation.

DATE: **July 25, 2023**        _____
                          HON. MARGO A. ROCCONI
                          UNITED STATES MAGISTRATE JUDGE

-1-